UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Nadia P Peck

Debtor(s)

Case No. 10 B 42641

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/23/2010.

2) The plan was confirmed on 01/20/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/01/2011, 02/07/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/09/2012, 05/11/2012, 10/07/2013.

5) The case was Dismissed on 11/21/2013.

6) Number of months from filing to last payment: 32.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,680.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$6,680.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,501.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $320.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,821.84**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A Taste of California | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| ABC Collection | Unsecured | 143.44 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 128.97 | NA | NA | 0.00 | 0.00 |
| AIT | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Alegis Corp | Unsecured | 342.20 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| Avon Products | Unsecured | 939.21 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 6,577.00 | NA | NA | 0.00 | 0.00 |
| Bath & Body Works | Unsecured | 191.27 | NA | NA | 0.00 | 0.00 |
| Blockbuster Video | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Brennan & Clark | Unsecured | 203.61 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 1,243.20 | NA | NA | 0.00 | 0.00 |
| CBA | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 173.05 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 268.34 | NA | NA | 0.00 | 0.00 |
| Check Rite | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 2,335.28 | 1,958.99 | 1,958.99 | 0.00 | 0.00 |
| Collection Bureau Of America | Unsecured | 118.09 | NA | NA | 0.00 | 0.00 |
| Columbia House | Unsecured | 213.43 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 934.35 | 1,009.05 | 1,009.05 | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 255.53 | NA | NA | 0.00 | 0.00 |
| Country Bank | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Dental Profile Of Hyde Park | Unsecured | 262.60 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| Dominick's Finer Foods | Unsecured | 2,835.79 | NA | NA | 0.00 | 0.00 |
| Empress Riverboat Casino | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| FDS National Bank | Unsecured | 3,265.10 | NA | NA | 0.00 | 0.00 |
| FDS National Bank | Unsecured | 1,046.86 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 393.74 | 301.23 | 301.23 | 174.77 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 63.00 | 63.00 | 0.00 | 0.00 |
| Illinois Valley Radiologists | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 800.00 | 4,625.17 | 4,625.17 | 2,683.39 | 0.00 |
| Internal Revenue Service | Unsecured | 736.02 | 446.65 | 446.65 | 0.00 | 0.00 |
| Jerome James DDS | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consuling | Unsecured | 1,386.00 | NA | NA | 0.00 | 0.00 |
| Marshalls | Unsecured | 96.95 | NA | NA | 0.00 | 0.00 |
| Merchant Direct | Unsecured | 22.95 | NA | NA | 0.00 | 0.00 |
| Metra Ticket Collection | Unsecured | 118.15 | NA | NA | 0.00 | 0.00 |
| Michael Reese Hospital And Medical Cntr | Unsecured | 106.80 | NA | NA | 0.00 | 0.00 |
| Michigan Guaranty Agency | Unsecured | NA | 2,034.51 | 2,034.51 | 0.00 | 0.00 |
| Microsoft Skills 2000 IT | Unsecured | 65.85 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 904.87 | 734.73 | 734.73 | 0.00 | 0.00 |
| My Cashtime | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 26.85 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 725.96 | 730.00 | 730.00 | 0.00 | 0.00 |
| Nordstrom | Unsecured | 463.95 | NA | NA | 0.00 | 0.00 |
| Northshore University HealthSystem | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pier 1 Imports Inc | Unsecured | 130.53 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 256.18 | 209.52 | 209.52 | 0.00 | 0.00 |
| Retailers National Bank | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| ROI Services Inc | Unsecured | 660.94 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,369.50 | NA | NA | 0.00 | 0.00 |
| Sm Servicing | Unsecured | 3,341.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday | Unsecured | 498.59 | NA | NA | 0.00 | 0.00 |
| State Farm Insurance Co | Unsecured | 946.91 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| Timothy K Liou | Unsecured | 665.83 | 665.83 | 665.83 | 0.00 | 0.00 |
| University of Chicago | Unsecured | 157.60 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 44.12 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 623.01 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Zalutsky & Pinski Ltd | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,926.40 | $2,858.16 | $0.00 |
| **TOTAL PRIORITY**: | **$4,926.40** | **$2,858.16** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$7,852.28** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,821.84 |
| Disbursements to Creditors | $2,858.16 |
| **TOTAL DISBURSEMENTS** : | **$6,680.00** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/31/2014                               By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**